IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL D'ENTREMONT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 1:22-CV-00376-ADA-SKO<br><br>**ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT**<br><br>(Doc. 11) |

Based on the Unopposed Motion to Amend Complaint (Doc. 11), and for good cause shown (*see* Fed. R. Civ. P. 15), IT IS HEREBY ORDERED that:

1. Plaintiff's Unopposed Motion to Amend Complaint is GRANTED; and
2. Plaintiff is hereby Ordered to File the First Amended Complaint within seven (7) days of the service of this order.

IT IS SO ORDERED.

Dated:   **September 12, 2022**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE