IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL D'ENTREMONT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 1:22-CV-00376-ADA-SKO<br><br>ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE AND EXCUSE MEET AND CONFER REQUIREMENTS<br><br>(ECF No. 23) |

The parties have submitted a stipulation to modify the Court's September 21, 2022, scheduling order. (ECF Nos. 17, 23). Finding good cause for the parties' request, the Court grants parties' stipulation to modify the briefing schedule and excuse parties from meet and confer requirements. (ECF No. 23). The Court excuses the parties from the meet and confer requirement of the Scheduling Order, including from filing a joint statement of undisputed facts because this case involve an administrative record. *See* E.D. Cal. Loc. R. 261(b). Summary judgment practice for this case shall be controlled by Local Rule 261.

The Court further enters the following modified dates and deadlines in this matter:

- December 19, 2022 – Last day for plaintiff to file motion for summary judgment
- January 27, 2023 – Last day for Defendant to file combined cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment

1

- February 27, 2023 – Last day for plaintiff to file combined reply and opposition to Defendant's cross-motion for summary judgment
- March 14, 2023 – Last day for Defendant to file reply
- April 3, 2023 – Last day for hearing motions for summary judgment

IT IS SO ORDERED.

Dated:   December 1, 2022

_____
UNITED STATES DISTRICT JUDGE

2